# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA



-FILED-
MAY 15 2025
At_____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Anthony Self,
[You are the PLAINTIFF, print your full name on this line.]

v.

Troy Hershburger sheriff,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:25CV240
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Troy Hershburger | |
| 2 | [Put the names of any other defendants in these boxes.] LT Richard Wacasey | |
| 3 | CO. Hartman | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __3__
2. What is the name and address of your prison or jail? __Allen County Jail__

3. Did the event you are suing about happen there? ☑ Yes. ○ No, it happened at: _____

4. On what date did this event occur? __From July 4th 2024 to present__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Troy Hershburger sheriff of Allen County Jail since July 4th 2024 Prospective relief overcrowed, unsafe extremely harsh conditions, black mold through out the Jail blocks and cells, overcrowed stepping over people I'm in a 6 man nothing has been done about the worms coming out of drain in the shower

2. LT Richard Wacasey Lockins us down all the time for no reason and He To knows and does nothing about the Condition of the Jail They Just keep moving people in He knows about the worms in the shower and we said something about the food from the kitchen meat served raw food always cold and phones on walls five phones two works people get bullied over the phones

3. CO. Hartman controls laundry Twice since I've been here didn't got toilit paper I had to use a brown paper bag got it wet got into shower afterwards never brought me none and know it's May 7th 2025 No toilit paper and officers say they can't do nothing about it and she CO. Hartman went from ~~are~~ once a week on towel exchange to once amonth towels stink and turn green after a couple showers CO Hartman

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

Just dont want to do her job no one here cares about the people locked up a statement was made by one of the sheriffs that they wouldn't house their dogs here or feed the the food so why they feed us the food it not enough calories not enough to fill up a small kid something needs to be done about this jail I have health issues and I breath this black mold and recycle air everyday its bad and my meds we ask since I've been here paid 15 dollars never seen doctor

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ⊘ While I was confined awaiting trial.
   - ⊘ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ⊘ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ⊘ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

   Grievance # 5542042161, 515155091, 5534384211, 553089701
   5499458941, 547465911

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Pay out 50 million 25 million to me and people here split the other 25 million that's locked up and to give toilet paper and Towels Twice aweek and for the sheriff to clean up the Jail and stop locking people down its a mental issue Thank you For your Time

[Initial Each Statement]
   _____ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   A.S. I will keep a copy of this complaint for my records.
   A.S. I will promptly notify the court of any change of address.
   A.S. I WILL NOT send more than one copy of any filing to the court.
   A.S. I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   A.S. I declare **under penalty of perjury** that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _Anthony Self_                                      _____
   Signature                                            Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]